

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 8089

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>Celida ENRIQUEZ-Luna<br><br>　　　　　　Defendant. | Magistrate Case No.:<br><br>COMPLAINT FOR VIOLATION OF<br><br>21 U.S.C. § 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant being duly sworn states:

That on or about January 30, 2008, within the Southern District of California, defendant Celida ENRIQUEZ-Luna did knowingly and intentionally import approximately 41.94 kilograms (92.26 pounds) of marijuana a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 31, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

　　　　　　　　　　　　　　　　　　Special Agent
　　　　　　　　　　　　　　　　　　U.S. Immigration & Customs
　　　　　　　　　　　　　　　　　　Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 31ST, DAY OF JANUARY 2008.

　　　　　　　　　　　　　　　　　　PETER C. LEWIS
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1  UNITED STATES OF AMERICA
2          v.
3  Celida ENRIQUEZ-Luna

4                    STATEMENT OF FACTS

5      This statement of facts is based on the reports, documents, and notes furnished
6  to US Immigration and Customs Enforcement Special Agent Jose G. Morquecho.
7      On January 30, 2008 at approximately 1205 hours, Celida ENRIQUEZ-Luna
8  entered the United States at the Calexico, California, Port of Entry. ENRIQUEZ was the
9  driver and registered owner of 1996 Dodge Neon.
10     ENRIQUEZ gave Primary Officer Barnes, a negative oral Customs declaration.
11 ENRIQUEZ told Officer Barnes that she owned the vehicle. Officer Barnes noted
12 during inspection of the vehicle that ENRIQUEZ appeared nervous and that the quarter
13 panels of the vehicle felt unusually solid. Officer Barnes escorted ENRIQUEZ and the
14 vehicle to the vehicle secondary lot.
15     In the vehicle secondary lot, Officer Bejarano was told by Canine Enforcement
16 Officer Caldera that his assigned Narcotics Detector Dog had alerted to the vehicle.
17     A subsequent inspection of the vehicle revealed 44 packages under the
18 dashboard and in the quarter panels of the vehicle. Officer Hernandez probed one of
19 the packages and a sample of a green leafy substance was obtained, which field tested
20 positive for marijuana. The 44 packages had a combined net weight of approximately
21 41.94 kilograms (92.26 pounds).
22     ENRIQUEZ was placed under arrest and advised of her Constitutional Rights,
23 which she acknowledged and waived agreeing to answer question without the presence
24 of a lawyer. ENRIQUEZ stated that she thought she would be paid $1,000.00 to bring
25 the marijuana-laden vehicle into the United States and park it at Wal-Mart in Calexico.
26
27
28
29