1  **BRIDGET KENNEDY**
California State Bar No. 253416
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3  San Diego, California 92101-5030
Telephone (619) 234-8467
4  Facsimile (619) 687-2666
bridget_kennedy@fd.org
5

6  Attorneys for Ms. Enriquez-Luna

7

8                     UNITED STATES DISTRICT COURT

9                   FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )   Case No. 08mj8089
                                       )
12              Plaintiff,             )
                                       )
13  v.                                 )
                                       )   **NOTICE OF APPEARANCE**
14  **CELIDA ENRIQUEZ-LUNA**,          )
                                       )
15              Defendant.             )
                                       )

16

17           Pursuant to implementation of the CM/EMF procedures in the Southern District of California,

18  Bridget L. Kennedy, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney

19  in the above-captioned case.

20                                           Respectfully submitted,

21  Dated: February 4, 2008                  *s/ Bridget Kennedy*
                                             Federal Defenders of San Diego, Inc.
22                                           *bridget_kennedy@fd.org*